UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CHRISTOPHER CASTLE,<br><br>    Plaintiff,<br><br>    v.<br><br>BARACK OBAMA, et al.,<br><br>    Defendants. | Case No. 15-mc-80154-EDL<br><br>**ORDER TO SHOW CAUSE** |

On June 5, 2015, pro se plaintiff James Castle filed a document entitled "Petition to Seal Petition for Declaratory Relief, Enforcement of Trusts, Protection and Full Accounting." See Dkt. #1. The Petition to Seal requests that the matter be treated as "'private' and 'sealed, ex parte, in Chambers, without the public, without publication of the press, excluding spectators and 'enemies' of the Court.'" Id. Attached to the Petition to Seal is a "Bill in Equity Petition for Declaratory Relief, Enforcement of Trusts, Protection and Full Accounting." Dkt. #1-2. In an abundance of caution, the Clerk's Office concealed the entire filing from public view on the Court's electronic case filing system. However, the Petition to Seal does not reference any law or other federal or local rule that would allow any of the documents submitted to the Court to be filed under seal, and Petitioner has not provided any justification for sealing them. Plaintiff is hereby Ordered to Show Cause by no later than June 23, 2015 why the entire filing should not be made public.

Further, the "Bill in Equity Petition for Declaratory Relief, Enforcement of Trusts, Protection and Full Accounting" states that Petitioner is a citizen of Iowa while Defendants reside in Washington D.C. and there are no factual allegations relating to this district, or even California generally. It therefore appears that this Court lacks personal jurisdiction, and that venue is

United States District Court
Northern District of California

1 improper in this district.  Plaintiff is hereby Ordered to Show Cause by no later than June 23, 2015

2 why the Petition should not be dismissed sua sponte for lack of jurisdiction and improper venue.

3       Additionally, the Court cannot discern from the largely unintelligible "Bill in Equity

4 Petition for Declaratory Relief, Enforcement of Trusts, Protection and Full Accounting" exactly

5 what it is that Petitioner seeks, from whom, and what the legal basis is for any claim.  Federal

6 Rule of Civil Procedure 8(a) requires:

> A pleading that states a claim for relief must contain:
> (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
> (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and
> (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

Petitioner's pleading does not satisfy this standard, and Petitioner is hereby Ordered to Show Cause by no later than June 23, 2015 why the Petition should not be dismissed for failure to comply with Rule 8.

      Finally, Petitioner requests that the Court "make process upon Defendants in person to appear and answer by oath for their breaches of trust set forth in this Bill."  However, Petitioner is responsible for properly serving Defendants the President of the United States and the Secretary of the Treasury in compliance with all applicable rules governing service on members of the Executive Branch.

**IT IS SO ORDERED.**

Dated:  June 11, 2015

                                                   *[signature]*
                                                   ELIZABETH D. LAPORTE
                                                   United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CHRISTOPHER CASTLE,<br><br>    Plaintiff,<br><br>    v.<br><br>BARACK OBAMA, et al.,<br><br>    Defendants. | Case No.  15-mc-80154-EDL<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 11, 2015, I SERVED a true and correct copy(ies) of the attached order, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Christopher Castle
106 Iowa Avenue
Fairfield, IA 52556

Dated: June 11, 2015

                                              Richard W. Wieking
                                              Clerk, United States District Court

                                              By:_____
                                              Stephen Ybarra, Deputy Clerk to the
                                              Honorable ELIZABETH D. LAPORTE