UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CHRISTOPHER CASTLE,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>BARACK OBAMA, et al.,<br><br>　　　　　Defendant. | Case No.  15-mc-80154-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt Nos. 1, 4 |

　　　The Court has reviewed Judge Laporte's Report and Recommendation and notes there are no objections.  The Court adopts the Report in every respect.  Accordingly, the case is unsealed and dismissed for lack of jurisdiction and venue.

　　　**IT IS SO ORDERED.**

Dated: July 30, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CHRISTOPHER CASTLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BARACK OBAMA, et al.,<br><br>　　　　Defendants. | Case No. 15-mc-80154-VC<br><br>**CERTIFICATE OF SERVICE** |

　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　That on July 30, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Christopher Castle
P.O. Box 1211
Burlingame, CA 94011

Dated: July 30, 2015

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA