UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES CHRISTOPHER CASTLE,

Plaintiff,

v.

BARACK OBAMA, et al.,

Defendants.

Case No.  15-mc-80154-VC

**ORDER**

The court received Castle's response only after issuing its order adopting Judge Laporte's report and recommendation.  But Castle's response, which was filed on July 29, 2015, was untimely.  Castle was required to file any objections by July 27, 2015.  In any event, the response does not change the court's conclusion that the case should be unsealed and dismissed for lack of jurisdiction and venue.

**IT IS SO ORDERED.**

Dated: August 19, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CHRISTOPHER CASTLE,<br><br>    Plaintiff,<br><br>    v.<br><br>BARACK OBAMA, et al.,<br><br>    Defendants. | Case No.  15-mc-80154-VC<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on August 19, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Christopher Castle
P.O. Box 1211
Burlingame, CA 94011


Dated: August 19, 2015

                                  Richard W. Wieking
                                  Clerk, United States District Court


                                  By:_____
                                  Kristen Melen, Deputy Clerk to the
                                  Honorable VINCE CHHABRIA